



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELLIS ALLEN,<br><br>        Petitioner,<br><br>    vs.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | ) Case No. EDCV 11-1986-VAP (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files of this case, and the Report and Recommendation of the U.S. Magistrate Judge. On December 13, 2012, Petitioner filed Objections to the Magistrate Judge's Report and Recommendation. Because Petitioner indicated in those Objections that he had not had sufficient time in the prison's law library to thoroughly research the applicable law, the Magistrate Judge sua sponte gave Petitioner an additional 28 days to file any supplemental Objections. On February 4, 2013, Petitioner filed supplemental Objections, and on February 22, he filed a "Request to Amend Additional Support Towards Petitioner's Objections" and more supplemental Objections. The Court grants Petitioner's request and has reviewed all three of his sets of

objections; the Court has also made a de novo determination of those portions of the Report and Recommendation to which objections have been made.

Petitioner's objections fail to appreciate that the Magistrate Judge accepted all of his arguments for equitable tolling, applied all possible statutory tolling, and still determined, correctly, that his federal Petition was untimely. (R&R at 10-13.) For that reason, the evidentiary hearing Petitioner requests is not needed because the Magistrate Judge assumed all potentially disputed facts in Petitioner's favor. The evidence Petitioner has attached to his request to amend his objections, demonstrating that he asked to use the prison law library as early as October 2009, makes no difference to the analysis in the Report and Recommendation because the Magistrate Judge assumed that Petitioner's one-year limitation period did not begin to run until the end of December 2009. (R&R at 11-12.) Petitioner's objections also argue the merits of his claims, which are not relevant in determining the threshold issue of whether his Petition was timely filed.[1]

Having reviewed the Petition, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 5, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE

---

[1] Also not relevant are Petitioner's arguments concerning cause and prejudice, because the question here is not whether the Petition is procedurally barred but whether it was timely filed.